MARCH 10, 2018

FILED 15 MAR '18 10:42 USDC-ORP

HON. MICHAEL MCSHANE
U.S. DISTRICT COURT JUDGE
SUITE #740
1000 S.W THIRD AVENUE
PORTLAND, OR 97204

RE: DIGIULIO, et al. V. GONZALEZ-AGUILERA CASE 2:17-CV-01818-MC.

DEAR JUDGE MCSHANE:

I AM VOLUNTARILY MOVING TO DISMISS THE ABOVE-PENDING ACTION WITHOUT PREJUDICE.

I NO LONG WISH TO PURSUE THIS ACTION

C. Gonzalez-Aguilera
C. GONZALEZ-AGUILERA
SWISS 637709